IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GIUSEPPE NACCARATO,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner
of Social Security,

    Defendant.

CIVIL ACTION
NO. 17-5836

## ORDER

**AND NOW**, this 21st day of March, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto, and Plaintiff's reply, as well as the record therein, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and Plaintiff's objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review of the decision of the Commissioner of the Social Security Administration is **DENIED**;

3. Judgment is entered in favor of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security and against Plaintiff, Giuseppe Naccarato; and

4. The Clerk of Court shall close this matter.

                                        **BY THE COURT:**

                                        **/s/ Jeffrey L. Schmehl**
                                        Jeffrey L. Schmehl, J.